MICHAEL J. CURLS (SBN 159651)
NICHELLE D. JONES (SBN 186308)
**LAW OFFICE OF MICHAEL J. CURLS**
4340 Leimert Blvd., Suite 200
Los Angeles, CA 90008
Telephone:  (323) 293-2314
Facsimile:   (323) 293-2350

Attorneys for Plaintiffs MARLENE HENDERSON, THE ESTATE OF EDYTH HENDERSON and THE ESTATE OF JOSEPH HENDERSON

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SANTA CRUZ, CIVIL DIVISION

| | |
|---|---|
| MARLENE HENDERSON, THE ESTATE OF EDYTH HENDERSON, and THE ESTATE OF JOSEPH HENDERSON<br><br>    Plaintiffs,<br><br>  vs.<br><br>COUNTY OF SANTA CRUZ, THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT, THE SANTA CRUZ COUNTY HEALTH SERVICES AGENCY, and DOES 1 THROUGH 25, INCLUSIVE,<br><br>    Defendants | Case No.: 14-CV-03544 RMW<br><br><br>PLAINTIFFS' FIRST AMENDED COMPLAINT FOR<br><br> 1) Wrongful Death;<br> 2) Negligent Infliction of Emotional Distress<br> 3) Negligent Hiring, Training, and Supervision;<br> 4) Negligence:  Failure to Warn<br> 5) Violation of Plaintiff's Rights Under the Fourteenth Amendment to the United States Constitution Pursuant to 42 USC § 1983<br><br><br>DEMAND FOR JURY TRIAL |

  PLAINTIFFS MARLENE HENDERSON and THE ESTATE OF EDYTH

HENDERSON and THE ESTATE OF JOSEPH HENDERSON allege:

**FIRST AMENDED COMPLAINT**

### PARTIES

1.     Plaintiff MARLENE HENDERSON is the surviving daughter of Decedents EDYTH HENDERSON and JOSEPH HENDERSON, and is a resident of the State of California.

2.     Decedent EDYTH HENDERSON was a resident of the State of California, County of Santa Cruz.

3.     Decedent JOSEPH HENDERSON was a resident of the State of California, County of Santa Cruz.

4.     Defendant COUNTY OF SANTA CRUZ ("SANTA CRUZ COUNTY") is a municipal corporation organized and existing under the laws of the State of California, and is a "business establishment" within the meaning of sections 51 *et. seq.* of the California Civil Code. operating pursuant to its charter and the laws of the State of California.

5.     Defendant SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT (hereinafter refereed to as SCSD) is a department within the County of SANTA CRUZ.

6.     Defendant SANTA CRUZ COUNTY HEALTH SERVICES AGENCY is a department within the County of SANTA CRUZ.

7.     Plaintiffs are unaware of the true names and capacities of those Defendants sued herein as DOE Defendants.  Plaintiffs will amend this complaint to allege said Defendants' true names and capacities when that information becomes known to them.  Plaintiffs are informed, believe, and thereon allege that these DOE Defendants are legally responsible and liable for the incident, injuries and damages hereinafter set forth, and that each of said Defendants proximately caused the injuries and damages by reason of negligent, careless, deliberately indifferent, intentional, willful or wanton misconduct, including the negligent, careless, deliberately indifferent, intentional, willful or wanton misconduct in creating and otherwise causing the incidents, conditions and circumstances

FIRST AMENDED COMPLAINT

hereinafter set forth, or by reason of direct or imputed negligence or vicarious fault or breach of duty arising out of the matters herein alleged.  Plaintiffs will seek leave to amend this complaint to set forth said true names and identities of the unknown named DOE Defendants when they are ascertained.

8.      Each of the named and unknown individual Defendants sued herein are sued both in their individual and personal capacity, as well as in their official capacity.

9.      Defendants and each of them at all times herein were the agents and employees of their co-defendants and in doing these things hereafter alleged were acting within the course and scope of their employment and agency and with permission and consent of their co-defendants and employers.

## FACTS COMMON TO ALL COUNTS

1.      Plaintiffs have exhausted their administrative remedies by filing a claim for damages with the County of SANTA CRUZ, SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY.  Plaintiff's claim is deemed rejected pursuant to Government Code § 912.4(b).

2.      On June 30, 2013, decedent EDYTH HENDERSON and decedent JOSEPH HENDERSON were brutally murdered by their son, James Henderson.

3.      James Henderson was housed in the Santa Cruz County Jail Mental Health Unit.

4.      Prior to James Henderson's release, the decedent EDYTH HENDERSON and Plaintiff MARLENE HENDERSON had been working diligently to have James Henderson released from the Santa Cruz County Jail into a Mental Health Facility.

5.      MARLENE HENDERSON and EDYTH HENDERSON informed the Santa Cruz County jail staff and the Santa Cruz County Health Services Agency that it was imperative that James Henderson be released from jail to a mental

health facility because he suffered from paranoid schizophrenia, agoraphobia, and antisocial personality disorder.  Prior to his release, James Henderson had been making threats of physical harm against EDYTH HENDERSON, JOSEPH HENDERSON and MARLENE HENDERSON.  EDYTH HENDERSON and JOSPEH HENDERSON told the Santa Cruz County Jail and the Santa Cruz County Health Services Agency that James Henderson posed an immediate threat to the Henderson family.

6.      EDYTH HENDERSON and MARLENE HENDERSON were assured by the SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY that James Henderson would be appointed to the Maintaining Ongoing Stability through Treatment ("M.O.S.T.") Team and would be released from jail on Mental Health Probation.

7.      EDYTH HENDERSON and MARLENE HENDERSON pleaded with the SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CURZ COUNTY HEALTH SERVICES AGENCY to be notified when James Henderson was released from prison because EDYTH HENDERSON and MARLENE HENDERSON feared for their safety.

8.      James Henderson was released from jail one month early without notice to the Henderson Family. James Henderson was released into homelessness and not placed into the MOST program.

9.      On June 30, 2013, James Henderson surprised EDYTH HENDERSON and JOSEPH HENDERSON at their home and killed them quickly.

10.     EDYTH HENDERSON witnessed the death of her husband JOSEPH HENDERSON before she was murdered.

11.     Prior to the death of EDYTH HENDERSON and JOSEPH HENDERSON, THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY knew that James Henderson posed an imminent

**FIRST AMENDED COMPLAINT**

threat to the safety of his family and breached their duty to the Henderson family by failing to take action to prevent the danger.  As a result of the negligence of THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and THE SANTA CRUZ COUNTY HEALTH SERVICES AGENCY; Claimants MARLENE HENDERSON, EDYTH HENDERSON, and JOSEPH HENDERSON were deprived of their rights as protected by the United States Constitution.  The conduct of THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and THE SANTA CRUZ COUNTY HEALTH SERVICES AGENCY created a danger to the Plaintiffs and made them more susceptible to an existing danger then that they otherwise would not have faced.

12.    THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY were also negligent in their failure to supervise and train their employees and in the hiring and retention of the same employees within the County of Santa Cruz, The County of SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the Santa Cruz County Health Services Agency.

13.    Plaintiffs are informed and believe, and thereon allege, that there is a custom and policy within THE COUNTY OF SANTA CRUZ, THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY whereby inmates with severe mental health issues are not given the proper care, treatment and rehabilitation while incarcerated in the Santa Cruz County Jail thereby causing these inmates to be a danger to themselves and third persons upon their release from the Santa Cruz County Jail.

14.    Plaintiffs are informed and believe, and thereon allege, that there is also a policy within the COUNTY OF SANTA CRUZ, THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH

FIRST AMENDED COMPLAINT

SERVICES AGENCY whereby inmates with severe mental health problems and known propensities to commit harm to civilians are released from the Santa Cruz County Jail into homelessness where they pose an imminent threat of harm to civilians upon their release.

15.     Plaintiffs are informed and believe, and thereon allege, that there is also a policy within the COUNTY OF SANTA CRUZ, THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY whereby civilians who have been threatened by dangerous inmates housed at the Santa Cruz County Jail are not given notice prior to the release of dangerous inmates who pose a specific threat of danger and harm to civilians.

16.     Plaintiffs are informed and believe, and thereon allege, that there is also a policy within the COUNTY OF SANTA CRUZ, THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY whereby civilians are given false assurances by the COUNTY OF SANTA CRUZ, THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY that they would be notified prior to the release of inmates who have made specific threats of violence against them prior to the release of the inmates.

17.     The COUNTY OF SANTA CRUZ, THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY exhibit deliberate indifference to the treatment, rehabilitation and care of inmates suffering from serious mental illness and who are a known threat to the safety of civilians.

18.     The COUNTY OF SANTA CRUZ, THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY exhibit deliberate indifference in their failure to warn

civilians of the release of dangerous inmates who have made specific threats of harm and violence to civilians.

19.    The deliberate indifference of COUNTY OF SANTA CRUZ, THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY enable inmates similarly situated to James Henderson to pose an imminent threat of harm to civilians similarly situated to EDYTH HENDERSON and JOSEPH HENDERSON.

## FIRST CAUSE OF ACTION

### (By Plaintiff MARLENE HENDERSON

### For Wrongful Death Against All Defendants)

20.    Plaintiffs reallege and reincorporate each and every allegation and averment set forth in Paragraphs 1 through 19 of this complaint as though fully set forth herein.

21.    On June 30, 2013, decedent EDYTH HENDERSON and decedent JOSEPH HENDERSON were brutally murdered by their son, James Henderson.

22.    James Henderson was housed in the Santa Cruz County Jail Mental Health Unit.

23.    Prior to James Henderson's release, the decedent EDYTH HENDERSON and Plaintiff MARLENE HENDERSON had been working diligently to have James Henderson released from the Santa Cruz County Jail into a Mental Health Facility.

24.    MARLENE HENDERSON and EDYTH HENDERSON informed the Santa Cruz County jail staff and the Santa Cruz County Health Services Agency that it was imperative that James Henderson be released from jail to a mental health facility because he suffered from paranoid schizophrenia, agoraphobia, and antisocial personality disorder.  Prior to his release, James Henderson had been making threats of physical harm against EDYTH HENDERSON, JOSEPH HENDERSON and MARLENE HENDERSON.  EDYTH HENDERSON and

JOSPEH HENDERSON told the Santa Cruz County Jail and the Santa Cruz County Health Services Agency that James Henderson posed an immediate threat to the Henderson family.

25.    EDYTH HENDERSON and MARLENE HENDERSON were assured by the SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY that James Henderson would be appointed to the Maintaining Ongoing Stability through Treatment ("M.O.S.T.") Team and would be released from jail on Mental Health Probation.

26.    EDYTH HENDERSON and MARLENE HENDERSON pleaded with the SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CURZ COUNTY HEALTH SERVICES AGENCY to be notified when James Henderson was released from prison because EDYTH HENDERSON and MARLENE HENDERSON feared for their safety.

27.    James Henderson was released from jail one month early without notice to the Henderson Family. James Henderson was released into homelessness and not placed into the MOST program.

28.    On June 30, 2013, James Henderson surprised EDYTH HENDERSON and JOSEPH HENDERSON at their home and killed them quickly.

29.    EDYTH HENDERSON witnessed the death of her husband JOSEPH HENDERSON before she was murdered.

30.    Prior to the death of EDYTH HENDERSON and JOSEPH HENDERSON, THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY knew that James Henderson posed an imminent threat to the safety of his family and breached their duty to the Henderson family by failing to take action to prevent the danger.  As a result of the negligence of THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and THE SANTA CRUZ COUNTY HEALTH

SERVICES AGENCY; Claimants MARLENE HENDERSON, EDYTH HENDERSON, and JOSEPH HENDERSON were deprived of their rights as protected by the United States Constitution. The conduct of THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and THE SANTA CRUZ COUNTY HEALTH SERVICES AGENCY created a danger to the Plaintiffs and made them more susceptible to an existing danger that they otherwise would not have faced.

31.     THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY were also negligent in their failure to supervise and train their employees and in the hiring and retention of the same employees within the County of Santa Cruz, The County of SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the Santa Cruz County Health Services Agency.

32.     The decedents EDYTH HENDERSON and JOSPEH HENDERSON died as a direct and proximate result of the aforementioned negligence of THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY.

33.     Plaintiffs are informed and believe, and thereon allege, that the involved deputies of THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY were negligently trained and retained by THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY in that they had known propensities for acting in the fashion that they did with respect to this incident, all of which was a proximate cause of injuries and death to the decedents EDYTH HENDERSON and JOSEPH HENDERSON, and all plaintiffs.

34.    As a proximate result of the death of the Decedent and the above-described conduct of Defendants, and each of them, EDYTH HENDERSON'S and JOSEPH HENDERSON'S heirs have sustained substantial economic and non-economic damages resulting from the loss of the love, comfort, society, attention, services and support of Decedents in an amount according to proof at trial.

35.    As a further proximate result of the above-described conduct of the Defendants, and each of them, and the ensuing death of the Decedents EDYTH HENDERSON and JOSEPH HENDERSON, Decedents' heirs have incurred funeral and burial expenses in an amount according to proof at trial.

36.    As a proximate result of the above-mentioned conduct of Defendants, and each of them, Plaintiff MARLENE HENDERSON was required to employ and did employ physicians to examine, treat and care for her, and incurred additional medical expenses for emergency treatment, hospital bills, and other incidental medical expenses in an amount according to proof at trial.

## SECOND CAUSE OF ACTION

**(Survival Action By Plaintiff THE ESTATE OF EDYTH HENDERSON for Negligent Infliction of Emotional Distress Against All Defendants)**

37.    Plaintiffs reallege and reincorporate each and every allegation and averment set forth in Paragraphs 1 through 36 of this complaint as though fully set forth herein.

38.    On June 30, 2013, decedent EDYTH HENDERSON and decedent JOSEPH HENDERSON were brutally murdered by their son, James Henderson.

39.    James Henderson was housed in the Santa Cruz County Jail Mental Health Unit.

40.    Prior to James Henderson's release, the decedent EDYTH HENDERSON and Plaintiff MARLENE HENDERSON had been working

diligently to have James Henderson released from the Santa Cruz County Jail into a Mental Health Facility.

41.     MARLENE HENDERSON and EDYTH HENDERSON informed the Santa Cruz County jail staff and the Santa Cruz County Health Services Agency that it was imperative that James Henderson be released from jail to a mental health facility because he suffered from paranoid schizophrenia, agoraphobia, and antisocial personality disorder.  Prior to his release, James Henderson had been making threats of physical harm against EDYTH HENDERSON, JOSEPH HENDERSON and MARLENE HENDERSON.  EDYTH HENDERSON and JOSPEH HENDERSON told the Santa Cruz County Jail and the Santa Cruz County Health Services Agency that James Henderson posed an immediate threat to the Henderson family.

42.     EDYTH HENDERSON and MARLENE HENDERSON were assured by the SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY that James Henderson would be appointed to the Maintaining Ongoing Stability through Treatment ("M.O.S.T.") Team and would be released from jail on Mental Health Probation.

43.     EDYTH HENDERSON and MARLENE HENDERSON pleaded with the SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CURZ COUNTY HEALTH SERVICES AGENCY to be notified when James Henderson was released from prison because EDYTH HENDERSON and MARLENE HENDERSON feared for their safety.

44.     James Henderson was released from jail one month early without notice to the Henderson Family. James Henderson was released into homelessness and not placed into the MOST program.

45.     On June 30, 2013, James Henderson surprised EDYTH HENDERSON and JOSEPH HENDERSON at their home and killed them quickly.

**FIRST AMENDED COMPLAINT**

46.     EDYTH HENDERSON witnessed the death of her husband JOSEPH HENDERSON before she was murdered.

47.     Prior to the death of EDYTH HENDERSON and JOSEPH HENDERSON, THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY knew that James Henderson posed an imminent threat to the safety of his family and breached their duty to the Henderson family by failing to take action to prevent the danger.  As a result of the negligence of THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and THE SANTA CRUZ COUNTY HEALTH SERVICES AGENCY; Claimants MARLENE HENDERSON, EDYTH HENDERSON, and JOSEPH HENDERSON were deprived of their rights as protected by the United States Constitution.  The conduct of THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and THE SANTA CRUZ COUNTY HEALTH SERVICES AGENCY created a danger to the Plaintiffs and made them more susceptible to an existing danger that they otherwise would not have faced.

48.     THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY were also negligent in their failure to supervise and train their employees and in the hiring and retention of the same employees within the County of Santa Cruz, The County of SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the Santa Cruz County Health Services Agency.

49.     The decedents EDYTH HENDERSON and JOSPEH HENDERSON died as a direct and proximate result of the aforementioned negligence of THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY.

**FIRST AMENDED COMPLAINT**

50.     Plaintiffs are informed and believe, and thereon allege, that the involved deputies of THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY were negligently trained and retained by THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY in that they had known propensities for acting in the fashion that they did with respect to this incident, all of which was a proximate cause of injuries and death to the decedents EDYTH HENDERSON and JOSEPH HENDERSON.

## THIRD CAUSE OF ACTION

**(By All Plaintiffs Against All Defendants for
Negligent Hiring, Training, and Supervision)**

51.     Plaintiffs reallege and reincorporate each and every allegation and averment set forth in Paragraphs 1 through 50 of this complaint as though fully set forth herein.

52.     On June 30, 2013, decedent EDYTH HENDERSON and decedent JOSEPH HENDERSON were brutally murdered by their son, James Henderson.

53.     James Henderson was housed in the Santa Cruz County Jail Mental Health Unit.

54.     Prior to James Henderson's release, the decedent EDYTH HENDERSON and Plaintiff MARLENE HENDERSON had been working diligently to have James Henderson released from the Santa Cruz County Jail into a Mental Health Facility.

55.     MARLENE HENDERSON and EDYTH HENDERSON informed the Santa Cruz County jail staff and the Santa Cruz County Health Services Agency that it was imperative that James Henderson be released from jail to a mental health facility because he suffered from paranoid schizophrenia, agoraphobia, and antisocial personality disorder.  Prior to his release, James Henderson had

been making threats of physical harm against EDYTH HENDERSON, JOSEPH HENDERSON and MARLENE HENDERSON.  EDYTH HENDERSON and JOSPEH HENDERSON told the Santa Cruz County Jail and the Santa Cruz County Health Services Agency that James Henderson posed an immediate threat to the Henderson family.

56.    EDYTH HENDERSON and MARLENE HENDERSON were assured by the SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY that James Henderson would be appointed to the Maintaining Ongoing Stability through Treatment ("M.O.S.T.") Team and would be released from jail on Mental Health Probation.

57.    EDYTH HENDERSON and MARLENE HENDERSON pleaded with the SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CURZ COUNTY HEALTH SERVICES AGENCY to be notified when James Henderson was released from prison because EDYTH HENDERSON and MARLENE HENDERSON feared for their safety.

58.    James Henderson was released from jail one month early without notice to the Henderson Family. James Henderson was released into homelessness and not placed into the MOST program.

59.    On June 30, 2013, James Henderson surprised EDYTH HENDERSON and JOSEPH HENDERSON at their home and killed them quickly.

60.    EDYTH HENDERSON witnessed the death of her husband JOSEPH HENDERSON before she was murdered.

61.    Prior to the death of EDYTH HENDERSON and JOSEPH HENDERSON, THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY knew that James Henderson posed an imminent threat to the safety of his family and breached their duty to the Henderson family by failing to take action to prevent the danger.  As a result of the negligence of

THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY
SHERIFF'S DEPARTMENT and THE SANTA CRUZ COUNTY HEALTH
SERVICES AGENCY; Claimants MARLENE HENDERSON, EDYTH
HENDERSON, and JOSEPH HENDERSON were deprived of their rights as
protected by the United States Constitution.  The conduct of THE COUNTY OF
SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S
DEPARTMENT and THE SANTA CRUZ COUNTY HEALTH SERVICES
AGENCY created a danger to the Plaintiffs and made them more susceptible to
an existing danger that they otherwise would not have faced.

62.    THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ
COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH
SERVICES AGENCY were also negligent in their failure to supervise and train
their employees and in the hiring and retention of the same employees within the
County of Santa Cruz, The County of SANTA CRUZ COUNTY SHERIFF'S
DEPARTMENT and the Santa Cruz County Health Services Agency.

63.    The decedents EDYTH HENDERSON and JOSPEH HENDERSON
died as a direct and proximate result of the aforementioned negligence of THE
COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY
SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH
SERVICES AGENCY.

64.    Plaintiffs are informed and believe, and thereon allege, that the involved
deputies of THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ
COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH
SERVICES AGENCY were negligently trained and retained by THE COUNTY
OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S
DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY
in that they had known propensities for acting in the fashion that they did with
respect to this incident, all of which was a proximate cause of injuries and death

to the decedents EDYTH HENDERSON and JOSEPH HENDERSON, and all plaintiffs

65.     Plaintiffs are informed and believe, and thereon allege, that the involved employees of COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY were Negligently Trained and Retained by the COUNTY OF SANTA CRUZ in that they had known propensities for acting in the fashion that they did with respect to this incident, all of which was a proximate cause of injuries and death to the decedents EDYTH HENDERSON and JOSEPH HENDERSON, and all plaintiffs.

66.     As a result of these acts, plaintiffs were placed in great fear of their lives and physical wellbeing.  Moreover, due to the wrongful, intentional and malicious acts of each of these defendants, plaintiffs have suffered and will continue to suffer, extreme pain and severe mental anguish, as well as mental and physical damage and injury to their minds and bodies.

67.     As a proximate result of the above-mentioned conduct of defendants, and each of them, plaintiffs have been required to employ and did employ physicians and surgeons to examine, treat, and care for them, and incurred additional medical expenses for emergency treatment, hospital bills, and other incidental medical expenses in an amount according to proof at trial.

## FOURTH CAUSE OF ACTION

### By All Plaintiffs Against All Defendants
### for Negligence:  Failure to Warn

68.     Plaintiffs reallege and reincorporate each and every allegation and averment set forth in Paragraphs 1 through 67 of this complaint as though fully set forth herein.

69.     On June 30, 2013, decedent EDYTH HENDERSON and decedent JOSEPH HENDERSON were brutally murdered by their son, James Henderson.

70.    James Henderson was housed in the Santa Cruz County Jail Mental Health Unit.

71.    Prior to James Henderson's release, the decedent EDYTH HENDERSON and Plaintiff MARLENE HENDERSON had been working diligently to have James Henderson released from the Santa Cruz County Jail into a Mental Health Facility.

72.    MARLENE HENDERSON and EDYTH HENDERSON informed the Santa Cruz County jail staff and the Santa Cruz County Health Services Agency that it was imperative that James Henderson be released from jail to a mental health facility because he suffered from paranoid schizophrenia, agoraphobia, and antisocial personality disorder.  Prior to his release, James Henderson had been making threats of physical harm against EDYTH HENDERSON, JOSEPH HENDERSON and MARLENE HENDERSON.  EDYTH HENDERSON and JOSPEH HENDERSON told the Santa Cruz County Jail and the Santa Cruz County Health Services Agency that James Henderson posed an immediate threat to the Henderson family.

73.    EDYTH HENDERSON and MARLENE HENDERSON were assured by the SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY that James Henderson would be appointed to the Maintaining Ongoing Stability through Treatment ("M.O.S.T.") Team and would be released from jail on Mental Health Probation.

74.    EDYTH HENDERSON and MARLENE HENDERSON pleaded with the SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CURZ COUNTY HEALTH SERVICES AGENCY to be notified when James Henderson was released from prison because EDYTH HENDERSON and MARLENE HENDERSON feared for their safety.

**FIRST AMENDED COMPLAINT**

75.     James Henderson was released from jail one month early without notice to the Henderson Family. James Henderson was released into homelessness and not placed into the MOST program.

76.     On June 30, 2013, James Henderson surprised EDYTH HENDERSON and JOSEPH HENDERSON at their home and killed them quickly.

77.     EDYTH HENDERSON witnessed the death of her husband JOSEPH HENDERSON before she was murdered.

78.     Prior to the death of EDYTH HENDERSON and JOSEPH HENDERSON, THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY knew that James Henderson posed an imminent threat to the safety of his family and breached their duty to the Henderson family by failing to take action to prevent the danger.  As a result of the negligence of THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and THE SANTA CRUZ COUNTY HEALTH SERVICES AGENCY; Claimants MARLENE HENDERSON, EDYTH HENDERSON, and JOSEPH HENDERSON were deprived of their rights as protected by the United States Constitution.  The conduct of THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and THE SANTA CRUZ COUNTY HEALTH SERVICES AGENCY created a danger to the Plaintiffs and made them more susceptible to an existing danger that they otherwise would not have faced.

79.     THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY were also negligent in their failure to supervise and train their employees and in the hiring and retention of the same employees within the County of Santa Cruz, The County of SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the Santa Cruz County Health Services Agency.

**FIRST AMENDED COMPLAINT**

80.    The decedents EDYTH HENDERSON and JOSPEH HENDERSON died as a direct and proximate result of the aforementioned negligence of THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY.

81.    Plaintiffs are informed and believe, and thereon allege, that the involved employees of THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY were negligently trained and retained by THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY in that they had known propensities for acting in the fashion that they did with respect to this incident, all of which was a proximate cause of injuries and death to the decedents EDYTH HENDERSON and JOSEPH HENDERSON, and all plaintiffs

82.    Plaintiffs are informed and believe, and thereon allege, that the involved employees of COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY were Negligently Trained and Retained by the COUNTY OF SANTA CRUZ in that they had known propensities for acting in the fashion that they did with respect to this incident, all of which was a proximate cause of injuries and death to the decedents EDYTH HENDERSON and JOSEPH HENDERSON, and all plaintiffs.

83.    As a result of these acts, plaintiffs were placed in great fear of their lives and physical wellbeing.  Moreover, due to the wrongful, intentional and malicious acts of each of these defendants, plaintiffs have suffered and will continue to suffer, extreme pain and severe mental anguish, as well as mental and physical damage and injury to their minds and bodies.

84.     As a proximate result of the above-mentioned conduct of defendants, and each of them, plaintiffs have been required to employ and did employ physicians and surgeons to examine, treat, and care for them, and incurred additional medical expenses for emergency treatment, hospital bills, and other incidental medical expenses in an amount according to proof at trial.

## FIFTH CAUSE OF ACTION

### (Pursuant to 42 U.S.C. § 1983 for Violations of Plaintiffs' Rights Under the Fourteenth Amendment to the United States Constitution Against all Defendants)

85.     Plaintiffs reallege and reincorporate each and every allegation and averment set forth in Paragraphs 1 through 84 of this complaint as though fully set forth herein.

86.     Under the Fourteenth Amendment to the United States Constitution, Plaintiff, MARLENE HENDERSON had a cognizable right to a familial relationship with EDYTH HENDERSON and JOSEPH HENDERSON, as well as the related right to be free from unwarranted State interference with the same.

87.     Plaintiffs are informed and believe, and thereon allege, that there is a custom and policy within THE COUNTY OF SANTA CRUZ, THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY whereby inmates with severe mental health issues are not given the proper care, treatment and rehabilitation while incarcerated in the Santa Cruz County Jail thereby causing these inmates to be a danger to themselves and third persons upon their release from the Santa Cruz County Jail.

88.     Plaintiffs are informed and believe, and thereon allege, that there is also a policy within the COUNTY OF SANTA CRUZ, THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY whereby inmates with severe mental health problems and

known propensities to commit harm to civilians are released from the Santa Cruz County Jail into homelessness where they pose an imminent threat of harm to civilians upon their release.

89.    Plaintiffs are informed and believe, and thereon allege, that there is also a policy within the COUNTY OF SANTA CRUZ, THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY whereby civilians who have been threatened by dangerous inmates housed at the Santa Cruz County Jail are not given notice prior to the release of dangerous inmates who pose a specific threat of danger and harm to civilians.

90.    Plaintiffs are informed and believe, and thereon allege, that there is also a policy within the COUNTY OF SANTA CRUZ, THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY whereby civilians are given false assurances by the COUNTY OF SANTA CRUZ, THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY that they would be notified prior to the release of inmates who have made specific threats of violence against them prior to the release of the inmates.

91.    The COUNTY OF SANTA CRUZ, THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY exhibit deliberate indifference to the treatment, rehabilitation and care of inmates suffering from serious mental illness and who are a known threat to the safety of civilians.

92.    The COUNTY OF SANTA CRUZ, THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY exhibit deliberate indifference in their failure to warn civilians of the release of dangerous inmates who have made specific threats of harm and violence to civilians.

93.     The decedents EDYTH HENDERSON and JOSPEH HENDERSON died as a direct and proximate result of the aforementioned negligent, careless, deliberately indifferent, intentional, willful or wanton misconduct, including the negligent, careless, deliberately indifferent, intentional, willful or wanton misconduct in creating and otherwise causing the incidents, conditions and circumstances hereinafter set forth, or by reason of direct or imputed negligence or vicarious fault or breach of duty arising out of the matters herein alleged of THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY who acted under color of law as averred herein. Defendants acted in reckless and callous disregard for the constitutional rights of Plaintiffs thereby violating Plaintiff's rights under the Fourteenth Amendments of the United States Constitution.

94.     Plaintiffs seek general and special damages according to proof for the deprivation of Plaintiff MARLENE HENDERSON'S constitutionally protected interest in the familial relationship, love, care, and companionship of her parents EDYTH HENDERSON and JOSEPH HENDERSON.

95.     The wrongful conduct of Defendants, and each of them, is a typical example of a larger policy, pattern, practice, custom and usage of Defendants THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY to deprive certain segments of the populace of their inalienable rights by not properly screening, hiring, training, testing, monitoring, supervising, disciplining or investigating potential misdeeds of employees of THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY; negligent retention of said employees and maintenance of a "code of silence," whereby no other employees, supervisors or policy makers

would disclose or intervene to prevent and/or would actively cover up the aforementioned misconduct.

96.     Plaintiffs are informed and believe, and thereupon aver, that the wrongful acts of employee Defendants, when viewed in the context of the enterprise of public safety, are broadly incidental to that enterprise, and are not so unusual or startling that it would seem unfair to include any losses suffered as a result of said acts among other costs of employer/municipality Defendants' business.

97.     Defendants, and each of them, acted at all times herein knowing that the established customs, policies, patterns, and practices of the Defendants' employees allow a cover-up and allow the continued violation of the Fourteenth Amendment of the Constitution of the United States.

98.     Plaintiffs are informed and believe and thereon aver that Defendants THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY knew or in the exercise of reasonable care should have known of a history, propensity and pattern, prior to and after the time of EDYTH HENDERSON' S and JOSEPH HENDERSON'S death, for employees of THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY  to be so negligent, reckless and careless such as to cause incidents as described herein.

99.     Prior to the circumstances leading to and following EDYTH HENDERSON'S and JOSEPH HENDERSON'S death, which involved Defendants THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY and/or reckless, careless and negligent employee tactics that led to the death of EDYTH HENDERSON and JOSEPH HENDERON were

FIRST AMENDED COMPLAINT

the subject of prior complaints of allegations of similar conduct and had been found by federal and state courts to have violated constitutional rights in the course and scope and under color of law in their capacities as THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY employees.

100.   Notwithstanding this information and the history of THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY, the failed to train, supervise or discipline those employees and investigate similar citizen complaints.  Defendants' disregard of this knowledge or failure to adequately investigate and discover this policy, pattern, practice, custom and usage of constitutional violations or the existence of facts that create the potential of unconstitutional acts, violated their duty to supervise, train and instruct their subordinates to prevent similar acts to other persons.

101.   Defendants' failure to take steps to train, supervise, investigate or instruct THE COUNTY OF SANTA CRUZ, THE COUNTY OF SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and the SANTA CRUZ COUNTY HEALTH SERVICES AGENCY, including Doe Defendants, resulted in the ultimate killing of EDYTH HENDERSON and JOSEPH HENDERSON and the violation of MARLENE HENDERSON'S rights as protected by the Fourteenth Amendment to the United States Constitution.

102.   The aforementioned acts of the individual Doe Defendants, and each of them were willful, wanton, malicious and oppressive and thereby justifies the awarding of exemplary and punitive damages.  Further, Plaintiffs are entitled to, and do seek, attorney's fees pursuant to 42 U.S.C. § 1988.

WHEREFORE, plaintiff prays for judgment against defendants and each of them as follows:

**FIRST AMENDED COMPLAINT**

1.   For burial and funeral related expenses according to proof at trial;

2.   For general damages in an amount to be determined according to proof at trial;

3.   For medical and related expenses according to proof at trial;

4.   For costs of suit incurred herein;

5.   For punitive damages against the individual Defendants in an amount to be determined according to proof at trial;

6.   For attorneys' fees, investigation fees, and expert witness fees incurred herein; and

7.   For such other and further relief as the court may deem just and proper.

DATED: November 14, 2014          **LAW OFFICE OF MICHAEL J. CURLS**

By:_____
Nichelle D. Jones, Attorneys for
Plaintiff MARLENE HENDERSON,
THE ESTATE OF EDYTH
HENDERSON and the ESTATE OF
JOSEPH HENDERSON

**DEMAND FOR JURY TRIAL**

DATED: November 14, 2014          **LAW OFFICE OF MICHAEL J. CURLS**

By:_____
Nichelle D. Jones, Attorneys for
Plaintiff MARLENE HENDERSON,
THE ESTATE OF EDYTH
HENDERSON and the ESTATE OF
JOSEPH HENDERSON

25

**FIRST AMENDED COMPLAINT**