| | |
|---|---|
| 1 | Michael J. Curls (SBN 159651) |
| 2 | Nichelle D. Jones (SBN 186308)<br>LAW OFFICE OF MICHAEL J. CURLS |
| 3 | 4340 Leimert Blvd., Suite 200<br>Los Angeles, CA 90008 |
| 4 | Telephone:  (323) 293-2314<br>Facsimile:   (323) 293-2350 |
| 5 | **Attorneys for Plaintiffs MARLENE HENDERSON, THE ESTATE OF EDYTH HENDERSON and THE ESTATE OF JOSEPH HENDERSON** |
| 6 | |
| 7 | DANA McRAE, State Bar No. 142231 |
| 8 | County Counsel, County of Santa Cruz<br>JORDAN SHEINBAUM, State Bar No. 190598 |
| 9 | Assistant County Counsel<br>701 Ocean Street, Room 505 |
| 10 | Santa Cruz, California 95060<br>Telephone: (831) 454-2049<br>Fax: (831) 454-2115 |
| 11 | **Attorneys for Defendants COUNTY OF SANTA CRUZ** |
| 12 | **ERRONEOUSLY SUED AS THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT AND THE SANTA CRUZ COUNTY HEALTH SERVICES AGENCY** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARLENE HENDERSON, THE ESTATE OF EDYTH HENDERSON, and THE ESTATE OF JOSEPH HENDERSON,<br><br>           Plaintiff,<br>v.<br><br>COUNTY OF SANTA CRUZ, THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT, THE SANTA CRUZ COUNTY HEALTH SERVICES AGENCY, and DOES 1 THROUGH 25, INCLUSIVE<br><br>           Defendants. | **Case No. CV 14-03544 RMW**<br><br>**STIPULATION RE: CONTINUATION OF ADR COMPLETION DATE; [] ORDER** |

Henderson v. County of Santa Cruz, et al.
Case No. CV14-03544 RMW

Stipulation Re: Continuation
of ADR Completion Date

**STIPULATION RE: CONTINUATION OF THE ADR COMPLETION DATE**

Plaintiffs MARLENE HENDERSON, THE ESTATE OF EDYTH HENDERSON, and THE ESTATE OF JOSEPH HENDERSON ("Plaintiffs") and Defendants, the COUNTY OF SANTA CRUZ and its COUNTY SHERIFF'S DEPARTMENT and its HEALTH SERVICES AGENCY ("Defendants") submit the following stipulation and proposed order continuing the deadline for completion of Court-Ordered ADR in this matter as follows:

WHEREAS, Plaintiffs and Defendants have voluntarily stayed this matter as a result of the pending criminal case entitled *People of the State of California v. James Roland Henderson*, Santa Cruz Superior Court Case No. F25036 (this is the pending criminal action against James Henderson involving the two alleged murders which form the basis of the civil case before this Court);

WHEREAS, no discovery has been untaken by the parties in light of the stay;

WHEREAS, the next Case Management Conference is set for July 17, 2015, to address the status of the criminal case against James Henderson;

WHEREAS, the current Court-Ordered ADR (mediation) with Ms. Margaret Corrigan, Circuit Mediator at the Ninth Circuit Court of Appeals Circuit Mediation Office has a completion date of June 15, 2015;

WHEREAS, no meaningful mediation can occur by June 15, 2015, in light of the current case status and stay.

**THEREFORE,** the Plaintiffs and Defendants stipulate and respectfully request as follows:

(1) That the ADR completion date of June 15, 2015, be vacated; and

(2) That the ADR completion date be re-set at a later date after any stay of this action has been lifted or otherwise resolved.

IT IS SO STIPULATED.

Respectfully submitted this 29th day of May, 2015.

1

Henderson v. County of Santa Cruz, et al.  
Case No. CV14-03544 RMW

Stipulation Re: Continuation  
of ADR Completion Date

| | | |
|---|---|---|
| 1 | Dated: May 29, 2015 | LAW OFFICE OF MICHAEL J. CURLS |
| 2 | | /s/  Submitted with permission |
| 3 | | Michael J. Curls, Esq. |
| 4 | | Nichelle D. Jones, Esq. |
| 5 | | *Attorneys for Plaintiffs Marlene Henderson, The Estate of Edyth Henderson, and the Estate of Joseph Henderson* |
| 6 | | |
| 7 | | D<small>ANA</small> M<small>AUREEN</small> M<small>C</small>R<small>AE</small> |
| 8 | Dated: May 29, 2015 | County Counsel, County of Santa Cruz |
| 9 | | /s/  Submitted with permission |
| 10 | | Jordan Sheinbaum, Esq. |
| 11 | | *Attorneys for Attorneys for Defendants County of Santa Cruz erroneously sued as The Santa Cruz County Sheriff's Department and The Santa Cruz County Health Services Agency* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____     By: _____
                                         Hon. Ronald M. Whyte
                                         United States District Judge
                                         Northern District of California

2