Michael J. Curls (SBN 159651)
Nichelle D. Jones (SBN 186308)
LAW OFFICE OF MICHAEL J. CURLS
4340 Leimert Boulevard, Suite 200
Los Angeles, California 90008
Tel:   323-293-2314
Fax:  323-293-2350
E-mail:  michael@mjclawoffice.com
         nichelle@mjclawoffice.com

Attorneys for Plaintiff


Jody Struck, SBN 121097
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:  510-273-8534
E-mail:  rwiden@htalaw.com

Attorneys for Defendants
COUNTY OF SANTA CRUZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| MARLENE HENDERSON, THE ESTATE OF EDYTH HENDERSON, and THE ESTATE OF JOSEPH HENDERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SANTA CRUZ, THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT, THE SANTA CRUZ COUNTY HEALTH SERVICES AGENCY, and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants | Case No.:  3:14-cv-03544 WHO (HRL)<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND TO AUGMENT THE BRIEFING SCHEDULE** |

TO THE HONORABLE COURT:

This stipulation is entered into by and between the plaintiffs and the defendants, by and through their respective counsel.

1. On February 19, 2020, Defendant filed a Motion for Summary Judgment. [Doc.101] Plaintiff's response is due on or before March 4, 2020.

2. On March 20, 2020, the scheduling order was augmented [Doc.107] and the hearing was continued to July 17, 2020; Plaintiffs' Opposition is due on June 26, 2020 and Defendant's Reply is due on July 3, 2020.

3. Since the COVID-19 quarantine, counsel for Plaintiff has experienced deaths of family and friends. As such, counsel have met and conferred and stipulated to a short continuance to allows Plaintiff's counsel to deal with personal issues and additional time to file Plaintiff's opposition.

4. The parties continue to engage in meaningful settlement dialogue.

5. Based on the foregoing, the parties seek to to extend the time for Plaintiff to respond to Defendants' Motion for Summary Judgment from June 26, 2020 to July 10, 2020; and the time for Defendant to file their Reply Brief from July 3, 2020 to July 17, 2020.

///
///
///

2
**STIPULATION AND PROPOSED ORDER TO AMEND SCHEDULING ORDER
(3:14-CV-03544-WHO-HRL)**

6.  The parties further seek to amend the current scheduling order to continue the deadline to hear Motions for Summary Judgment from July 17, 2020 to July 31, 2020 and to continue the hearing on Defendants' Motion for Summary Judgment accordingly.

NOW THEREFORE, IT IS HEREBY STIPULATED by the Parties, subject to approval by this Court, that the Scheduling Order be amended as follows:

Dated:  June 25, 2020		LAW OFFICES OF MICHAEL J. CURLS


				By:   */s/ Nichelle D. Jones
				       Nichelle D. Jones
				       Attorney For Plaintiff


Dated:  June 25, 2020		HAAPALA, THOMPSON & ABERN, LLP


				By:   /s/ Jody Struck
				       Jody Struck
				       Attorneys for Defendant
				       *Ms. Struck provided her consent that this
				       document be electronically filed

3
**STIPULATION AND PROPOSED ORDER TO AMEND SCHEDULING ORDER**
**(3:14-CV-03544-WHO-HRL)**

## MODIFIED ORDER

PER STIPULATION OF COUNSEL, as modified below, IT IS HEREBY ORDERED that the motion deadlines be revised as follows:

| | |
|---|---|
| **Deadline for Plaintiff to Respond to Defendants' Motion for Summary Judgment:** | July 10, 2020 |
| **Deadline for Defendants to Reply to Plaintiff's Opposition to Motion for Summary Judgment:** | July 17, 2020 |
| **Hearing on Defendants' Motion for Summary Judgment:** | August 19, 2020 |

DATED: June 25, 2020

_____
Judge of the United States District Court