Jody Struck (SBN 121097)
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:     510-763-2324
Fax:     510-273-8534
E-mail:   jstruck@htalaw.com

Attorneys for Defendant
COUNTY OF SANTA CRUZ, also erroneously sued herein as
THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT and
THE SANTA CRUZ COUNTY HEALTH SERVICES AGENCY)

Michael J. Curls (SBN 159651)
Nichelle D. Jones (SBN 186308)
LAW OFFICE OF MICHAEL J. CURLS
4340 Leimert Boulevard, Suite 200
Los Angeles, California 90008
Tel:     323-293-2314
Fax:     323-293-2350
E-mail:  michael@mjclawoffice.com
            nichelle@mjclawoffice.com

Attorneys for Plaintiffs MARLENE HENDERSON,
THE ESTATE OF EDYTH HENDERSON, and
THE ESTATE OF JOSEPH HENDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| MARLENE HENDERSON, THE ESTATE OF EDYTH HENDERSON, and THE ESTATE OF JOSEPH HENDERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SANTA CRUZ, THE SANTA CRUZ COUNTY SHERIFF'S DEPARTMENT, THE SANTA CRUZ COUNTY HEALTH SERVICES AGENCY, and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.: 5:14-cv-03544 WHO (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER** |

/ / /

/ / /

/ / /

1

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone : 510-763-2324
Facsimile: 510-273-8534

TO THE HONORABLE COURT:

This stipulation is entered into by and between Plaintiffs and Defendant, by and through their respective counsel.

1.     The current trial date in this case is January 4, 2021.

2.     Defendant moved for summary judgment which is now set for hearing on August 19, 2020.  Defendant recently agreed to provide Plaintiffs' counsel with a two-week extension of time to file and serve the opposition to Defendant's motion for summary judgment in this case.  The opposition was filed July 10, 2020 and the reply is currently due July 17, 2020.

3.     Since submitting the last stipulation regarding the continuance for Plaintiff's opposition, defense counsel has received several matters which will require significant work in the next week.  The parties have stipulated to a short continuance of one week for Defendant to file its reply in support of its motion for summary judgment.  This continuance will not affect the hearing date or any other deadlines.

4.     The parties further stipulate to continue the designation of and discovery regarding expert witnesses, to allow the Court an opportunity to consider and rule on the motion for summary judgment, and to allow for further settlement discussions without the added burden of expert costs and fees.  The continuance of the expert designation, rebuttal witness designation, and expert discovery cut-off dates will not affect the trial date, and are in the interests of judicial economy.

5.     Based on the foregoing:

IT IS HEREBY STIPULATED by the Parties, subject to approval by this Court, that the Scheduling Order be amended as follows:

| | |
|---|---|
| **Reply re:  Motion for Summary Judgment:** | **July 24, 2020** |
| **Hearing on Motion for Summary Judgment:** | **August 19, 2020** |
| **Expert Witness Designation and Exchange:** | **September 21, 2020** |
| **Rebuttal Expert Witness Designation and Exchange:** | **October 5, 2020** |
| **Expert Discovery Cutoff:** | **November 16, 2020** |
| **Pre-Trial Conference:** | **November 30, 2020** |
| **Trial Date:** | **January 4, 2021** |

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone:  510-763-2324
Facsimile:  510-273-8534

2

Dated:  July 13, 2019               LAW OFFICES OF MICHAEL J. CURLS


                                    By:____*/s/ Nichelle D. Jones_____
                                            Nichelle D. Jones
                                            Attorney For Plaintiffs
                                            *Ms. Jones provided her consent to file
                                            this document electronically


Dated:  July 13, 2019               HAAPALA, THOMPSON & ABERN, LLP


                                    By:____/s/ Jody Struck_____
                                            Jody Struck
                                            Attorneys for Defendants

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8534

*Henderson, et al. v. County of Santa Cruz, et al.,*/Case No. 5:14-cv-03544 WHO (LJB)
STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8534

## ORDER

PER STIPULATION OF COUNSEL, as modified below, IT IS HEREBY ORDERED that the Scheduling Order be amended as follows, with new dates underlined:

**Reply re:  Motion for Summary Judgment:**          **July 24, 2020**

**Hearing on Motion for Summary Judgment:**          **August 19, 2020**

**Expert Witness Designation and Exchange:**          **September 21, 2020**

**Rebuttal Expert Witness Designation and Exchange:**          **October 5, 2020**

**Expert Discovery Cutoff:**          **October 23, 2020\***

**Pre-Trial Conference:**          **November 30, 2020**

**Trial Date:**          **January 4, 2021**

**\***date changed from stipulation to allow the parties to address any issues regarding experts in briefing prior to the Pre-Trial Conference

Dated:  July 14, 2020

_____

District Judge William H. Orrick

*Henderson, et al. v. County of Santa Cruz, et al.,*/Case No. 5:14-cv-03544 WHO (LJB)
STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER