1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7    MARLENE HENDERSON, et al.,                Case No.  14-cv-03544-WHO

          Plaintiffs,

8

          v.                                   **ORDER OF DISMISSAL UPON
9                                              SETTLEMENT**

     COUNTY OF SANTA CRUZ, et al.,             Re: Dkt. No. 125

10
          Defendants.

11

12

13         The parties to the action, by and through their counsel, have advised the Court that they have

14   agreed to a settlement.  The settlement was recently approved by the County of Santa Cruz Board of

15   Supervisors.

16
           IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings
17
     scheduled in this matter are VACATED.  It is further ordered that if any party certifies to this Court,
18
     with proper notice to opposing counsel within sixty (60) days from the date below, that settlement has
19
     not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for
20
     further proceedings.  **IT IS SO ORDERED**.
21

22   Dated: December 2, 2020

23                                        

24                                             WILLIAM H. ORRICK
                                               United States District Judge
25

26

27

28

United States District Court
Northern District of California